UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ALBA GARCIA,

                       **Plaintiff,**

      -against-

**PRITCHARD INDUSTRIES, LLC,**

                      **Defendant.**

-------------------------------------------------------------- x

20-CV-10858 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to file a status report by November 29, 2022.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **November 17, 2022**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**