UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ALBA GARCIA,                                    :
                                                :
                          *Plaintiff*,          :
                                                :          1:20-cv-10858 (ALC)
              -against-                          :
                                                :          ORDER
PRITCHARD INDUSTRIES LLC, and THE               :
MACQUARIE GROUP,                                :
                                                :
                          *Defendants*.         :
                                                :
                                                :
------------------------------------------------------------- :
                                                :
                                                x

**ANDREW L. CARTER, JR., District Judge:**

  The parties are ordered to file a joint status report by August 2, 2023.


**SO ORDERED.**

**Dated:**  **July 28, 2023**
     **New York, New York**

              _____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**