UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ALBA GARCIA,

                *Plaintiff*,

         -against-

PRITCHARD INDUSTRIES LLC, and THE
MACQUARIE GROUP,

                *Defendants*.

------------------------------------------------------------------ x

1:20-cv-10858 (ALC)

ORDER TO TERMINATE

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported that Arbitrator Biden has issued her Award, dismissing the Complaint in its entirety, ECF No. 34, the stay in this case must be dissolved and the case must be dismissed. The Clerk of the Court is respectfully directed to terminate this proceeding.

**SO ORDERED.**

Dated:    **September 28, 2023**
              **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**